UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

RECEIVED

JUL 3 1 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA

ORDER FOR RETURN OF
DEPOSIT OF BAIL

VS

LUCY FIGUEROA

RECOG# 38474
CR-99-719-01

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, TEN THOUSAND DOLLARS, ($10,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this 29th day of JULY, 2008.

Ordered that the sum of TEN THOUSAND DOLLARS, ($10,000.00), be paid to VITO AND JEANNETTE AMATO, 75-59 METROPOLITAN AVE., MIDDLE VILLAGE, N.Y. 11379.

GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT