UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA                    Criminal No. 99-719 (WHW)

v.                                          **O R D E R**

LUCY FIGUEROA

        Defendant.

---

    Before the court is defendant's letter of August 8, 2008 requesting the transcript of her sentencing, which occurred on January 23, 2008.

    It is on this 14 day of October, 2008

    **ORDERED** that the court reporter provide to defendant the necessary transcripts at the governments' expense.

                                                WILLIAM H. WALLS, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff-Respondent, ) | |
| v. ) | Case No. 99-cr-719 |
| LUCY FIGUEROA, ) | |
|     Defendant-Movant. ) | |

## MOTION FOR PRODUCTION OF TRANSCRIPTS

Lucy Figueroa by herself moves this Court for an order directing the clerk to provide sentencing transcripts. In support she states:

1. On January 23, 2008, I was sentenced by this Court to a 60 month sentence in the above case. At the time of my sentencing, this Court provided me with sentencing credit based on various factors, including my good behavior while on probation.

2. In March 2008, I was relocated to the federal prison for women at DAnbury, CT. During my unit team meetings with Bureau of Prisons staff, it became clear to me that I was not being provided by the Bureau of Prisons full sentencing credit in accord with this Court's order at my sentencing. In order to correct the inaccurate sentencing calculation by the BoP, I need to have a copy of my sentencing transcripts.

3. I am indigent and cannot afford to pay for a set of sentencing transcripts myself. I enclose an in forma pauperis affidavit to support that claim.

4. Based on the above, I respectfully request this Court to order the clerk to send me a copy of my sentencing transcripts.

5. I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted,

*Lucy Figueroa*    08/08/08
Lucy Figueroa    date

AO 240 (Rev. 5/86) Application to Proceed

# United States District Court

DISTRICT OF **New Jersey**

**Lucy Figueroa**

v.

**United States of America**

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: **99-719**

I, _____, declare that I am the (check appropriate box)

☐ petitioner/plaintiff        ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☒ _____
                              other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the cost of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                        Yes ☒  No ☐
   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   **BOP inmate employed   27.00 dollar per month**

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes ☐  No ☒
   b. Rent payments, interest or dividends?                    Yes ☐  No ☒
   c. Pensions, annuities or life insurance payments?          Yes ☐  No ☒
   d. Gifts or inheritances?                                    Yes ☐  No ☒
   e. Any other sources?                                        Yes ☐  No ☒

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☒   No ☐   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned. *165.00 in prison account*

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐   No ☒

   ~~If the answer is "yes," describe the property and state its approximate value.~~

5. List the persons who are dependent upon on you for support; state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/04/08__
               (Date)

_Lucy Figueroa_
Signature of Applicante

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ __165.06__ on account to his credit at the __Federal Correctional Institution, Danbury, CT 06811__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __Last 6 Months deposits - $1,776.06__
__Last 6 Months withdrawals - $1,611.08__

I further certify that during the last six months the applicant's average daily balance was $ __109.27__

_____ / Cost Manager
Authorized Officer of Institution

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the Th applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ _____ United States Judge    Date | _/s/_ _10/7/08_ United States Judge    Date |